# United States Court of Federal Claims
717 MADISON PLACE, NW
WASHINGTON, DC 20439

OFFICE OF THE CLERK OF COURT
(202) 357-6406

December 7, 2018

Francine Blackmon
Deputy Assistant Secretary
Army Board for the Correction of
Military Records
Army Review Board Agency
251 18th Street South, Suite 385
Arlington, VA 22202-3531

   Re: **Antonio Martin v. The United States**
     *No. 16-1221 C*

Dear Ms. Blackmon:

On December 6, 2018, an Order was issued in the above captioned case remanding it to the Army Board for Correction of Military Records for further proceedings. In accordance with RCFC 52.2 (copy enclosed), I am sending you a certified copy of the above mentioned Order.
Please note the requirements of RCFC 52.2(d) with regard to the number of copies required for the filing of the decision.  If you have any questions, please feel free to contact this office at (202) 357-6406.

                 Sincerely,

                 Ashely Reams
                 Data Quality Analyst

Enclosures

cc: Judge Marian Blank Horn
  Michael Eisenberg, Esquire
  Andrew J. Hunter, Esquire